IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and MINER ENTERPRISES, INC., a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV739 |
| v. | ) ) | |
| HERZOG CONTRACTING CORP., a Missouri corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

        This matter is before the Court on the stipulated motion for protective order (Filing No. 37).  The Court will approve and adopt the terms of the stipulated protective order.  Accordingly,

        IT IS ORDERED that the stipulated motion for protective order is approved and adopted; the parties shall comply therewith.

        DATED this 9th day of April, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court