IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and MINER ENTERPRISES, INC., a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV739 |
| v. | ) ) | |
| HERZOG CONTRACTING CORP., a Missouri corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' withdrawal of opposition to defendant Herzog Contracting Corporation's motion to amend to assert counterclaim (Filing No. 49). Accordingly,

IT IS ORDERED:

1) Plaintiffs' opposition to defendant Herzog Contracting Corporation's motion to amend to assert counterclaim is deemed withdrawn.

2) Defendant's motion to amend answer to assert counterclaim (Filing No. 45) is granted; defendant shall have until August 3, 2007, to file its amended answer.

DATED this 24th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court