IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD           )
COMPANY, a Delaware              )
corporation; and MINER           )
ENTERPRISES, INC., a Delaware    )
corporation,                     )
                                 )
           Plaintiffs,           )         8:06CV739
                                 )
     v.                          )
                                 )
HERZOG CONTRACTING CORP., a      )         ORDER
Missouri corporation,            )
                                 )
           Defendant.            )
_____)
```

This matter is before the Court on plaintiff Miner's motion to extend time for Miner to respond to Herzog's motion to compel (Filing No. 80). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff Minor shall have until December 10, 2007, to file an opposition to Herzog's motion to compel.

DATED this 5th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court