IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD        )
COMPANY, a Delaware           )
corporation; and MINER        )
ENTERPRISES, INC., a Delaware )
corporation,                  )
                              )
          Plaintiffs,         )        8:06CV739
                              )
     v.                       )
                              )
HERZOG CONTRACTING CORP., a   )        ORDER
Missouri corporation,         )
                              )
          Defendant.          )
_____)
```

      This matter is before the Court on defendant's motion for leave to file a reply brief and motion for leave to file a separate index of evidence in support of its motion to compel (Filing No. 84).  The Court notes no objection has been filed and finds the motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; defendant shall have until January 18, 2008, to file a reply brief and separate index of evidence in support of its motion to compel.

      DATED this 3rd day of January, 2008.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court