```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and MINER ENTERPRISES, INC., a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV739 |
| v. | ) ) ) | |
| HERZOG CONTRACTING CORP., a Missouri corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation of dismissal (Filing No. 173). Pursuant thereto,

IT IS ORDERED that all claims and counterclaims are dismissed with prejudice.

DATED this 8th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court